# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

QUINCY AND LISA BROWN

VERSUS

ELRAY KOCKE SERVICE, INC.,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AND
HERBERT HETTINGER

NO.   2022 CW 0578

**AUGUST 29, 2022**

---

In Re:   Quincy and Lisa Brown, applying for supervisory writs,
18th Judicial District Court, Parish of Iberville, No.
80110.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JMM**
**GH**

**McClendon, J.,** concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

a.SnP

---
DEPUTY CLERK OF COURT
FOR THE COURT